# JPMorgan Chase & Co.

## Pay Statement

| Employer Name | Employer Address | State - Employer BIN |
|---|---|---|
| JPMorgan Chase Bank, National Association | 1111 Polaris Parkway Columbus, OH 43240 | MD - 0810816 8 |
| **Employee Name** | **Payroll Company** | **FLSA Status** |
| William Brownlee Sr | 0802 | Salaried Exempt |
| **Employee Address** | **Department** | **Base Rate** |
| 640 north 39th street Philadelphia, PA 19104 | 549130 | 105,100.00 |
| **Person Number (SID)** | **Payroll** | **Shift Diff (% of Eligible Wages)** |
| ▉▉▉▉▉ | Semimonthly | N/A |

| Pay Date | Pay Period Begin Date | Pay Period End Date |
|---|---|---|
| 11/14/2025 | 11/01/2025 | 11/15/2025 |

### Summary

| Description | Current Amount | YTD Amount |
|---|---|---|
| Gross Pay | 0.00 | 101,463.64 |
| Total Taxes | 0.00 | 15,802.76 |
| Total Deductions | 0.00 | 6,749.92 |
| Net Pay | 0.00 | 78,910.96 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Multiplier | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Salary | 11/01/2025 | 11/15/2025 | | | | 4,379.17 | 90,241.44 |
| JPMC Unpaid LOA Holiday Adjustment | 11/01/2025 | 11/15/2025 | | | | -437.92 | -836.03 |
| Regular Salary Offset - Leave of Absence | 11/01/2025 | 11/15/2025 | | | | -3,941.25 | -34,993.55 |
| Disability Pay Retro | | | | | | | 23,050.35 |
| Recognition Award Annual | | | | | | | 22,600.00 |
| Disability Pay | | | | | | | 8,400.04 |
| SCK Sick Entitlement Retroactive | | | | | | | 2,675.49 |
| SCK Sick Entitlement Payment | | | | | | | 1,463.05 |
| Imputed Tuition Direct Pay GU Offset | | | | | | | 1,090.85 |
| Non Cash Earnings Update GU Offset | | | | | | | 2.04 |
| Regular Salary Retroactive | | | | | | | -2,675.49 |
| Leave of Absence Pay - 60% | | | | | | | -3,360.02 |
| Leave of Absence Pay - 60% Retro | | | | | | | -6,194.53 |
| **Earnings Total** | | | | | | **0.00** | **101,463.64** |

### Taxable Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Imputed Basic Life | 2.25 | 47.25 |
| Imputed Tuition Direct Pay Gross Up | | 5,196.40 |
| Non Cash Earnings Update GU | | 10.00 |

### Taxes

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| SIT Withheld (MD) | | 7,829.45 | 2.25 | 100,339.94 |
| FIT Withheld | | | 2.25 | 100,339.94 |
| Social Security Employee Withheld | | 6,462.03 | 2.25 | 104,228.52 |
| Medicare Employee Withheld | | 1,511.28 | 2.25 | 104,228.52 |
| **Taxes Total** | **0.00** | **15,802.76** | | |

### Deductions

| Description | Tax Type | Current Amount | YTD Amount |
|---|---|---|---|
| 401(k) Before Tax Contribution | Before | | 3,888.58 |
| Medical | Before | | 1,819.84 |
| Healthcare Spending Act | Before | | 378.53 |
| Dental PPO | Before | | 215.00 |
| Vision Plan | Before | | 75.40 |
| 401(k) Loan Repayment | After | | 239.37 |
| Group Legal | After | | 112.40 |
| DEPLIF Child Suppl Term Life | After | | 10.80 |
| Employee Suppl Term Life | After | | 10.00 |
| **Before Tax Subtotal** | | **0.00** | **6,377.35** |
| **After Tax Subtotal** | | **0.00** | **372.57** |
| **Deductions Total** | | **0.00** | **6,749.92** |

### Tax Data

| Type | Marital Status | Allowances | Addl. Amount |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| STATE / MD - Work | Single | | 0 | 0.00 |
|---|---|---|---|---|

| Leave Balances | | |
|---|---|---|
| Description | Hours Taken | Available Hours |
| Sick Exempt | 66.000 | 0.000 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Payment Reference | Account Type | Account Number | Amount |

# JPMorgan Chase & Co.

## Pay Statement

| Employer Name | Employer Address | State - Employer BIN |
|---|---|---|
| JPMorgan Chase Bank, National Association | 1111 Polaris Parkway<br>Columbus, OH<br>43240 | MD - 0810816 8 |

| Employee Name | Payroll Company | FLSA Status |
|---|---|---|
| William Brownlee Sr | 0802 | Salaried Exempt |

| Employee Address | Department | Base Rate |
|---|---|---|
| 7508 Blue sun Drive<br>Glen Burnie, MD<br>21060 | 549130 | 105,100.00 |

| Person Number (SID) | Payroll | Shift Diff (% of Eligible Wages) |
|---|---|---|
| ███ | Semimonthly | N/A |

| Pay Date | Pay Period Begin Date | Pay Period End Date |
|---|---|---|
| 10/31/2025 | 10/16/2025 | 10/31/2025 |

### Summary

| Description | Current Amount | YTD Amount |
|---|---|---|
| Gross Pay | 3,553.61 | 101,463.64 |
| Total Taxes | 1,266.05 | 15,802.76 |
| Total Deductions | 410.69 | 6,749.92 |
| Net Pay | 1,876.87 | 78,910.96 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Multiplier | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Salary | 10/16/2025 | 10/31/2025 | | | | 4,379.17 | 85,862.27 |
| Disability Pay | 10/16/2025 | 10/31/2025 | | | | 4,379.17 | 8,400.04 |
| Imputed Tuition Direct Pay GU Offset | 10/16/2025 | 10/31/2025 | | | | 925.68 | 1,090.85 |
| Non Cash Earnings Update GU Offset | 10/16/2025 | 10/31/2025 | | | | 0.43 | 2.04 |
| Leave of Absence Pay - 60% | 10/16/2025 | 10/31/2025 | | | | -1,751.67 | -3,360.02 |
| Regular Salary Offset - Leave of Absence | 10/16/2025 | 10/31/2025 | | | | -4,379.17 | -31,052.30 |
| Disability Pay Retro | | | | | | | 23,050.35 |
| Recognition Award Annual | | | | | | | 22,600.00 |
| SCK Sick Entitlement Retroactive | | | | | | | 2,675.49 |
| SCK Sick Entitlement Payment | | | | | | | 1,463.05 |
| Unpaid LOA Holiday Adjustment | | | | | | | -398.11 |
| Regular Salary Retroactive | | | | | | | -2,675.49 |
| Leave of Absence Pay - 60% Retro | | | | | | | -6,194.53 |
| **Earnings Total** | | | | | | **3,553.61** | **101,463.64** |

### Taxable Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Imputed Tuition Direct Pay Gross Up | 4,409.64 | 5,196.40 |
| Imputed Basic Life | 2.25 | 45.00 |
| Non Cash Earnings Update GU | 2.00 | 10.00 |

### Taxes

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| SIT Withheld (MD) | 675.30 | 7,829.45 | 7,590.80 | 100,337.69 |
| FIT Withheld | | | 7,590.80 | 100,337.69 |
| Social Security Employee Withheld | 478.78 | 6,462.03 | 7,722.18 | 104,226.27 |
| Medicare Employee Withheld | 111.97 | 1,511.28 | 7,722.18 | 104,226.27 |
| **Taxes Total** | **1,266.05** | **15,802.76** | | |

### Deductions

| Description | Tax Type | Current Amount | YTD Amount |
|---|---|---|---|
| Medical | Before | 191.98 | 1,819.84 |
| 401(k) Before Tax Contribution | Before | 131.38 | 3,888.58 |
| Healthcare Spending Act | Before | 24.30 | 378.53 |
| Dental PPO | Before | 21.50 | 215.00 |
| Vision Plan | Before | 7.54 | 75.40 |
| 401(k) Loan Repayment | After | 20.67 | 239.37 |
| Group Legal | After | 11.24 | 112.40 |
| DEPLIF Child Suppl Term Life | After | 1.08 | 10.80 |
| Employee Suppl Term Life | After | 1.00 | 10.00 |
| **Before Tax Subtotal** | | **376.70** | **6,377.35** |
| **After Tax Subtotal** | | **33.99** | **372.57** |
| **Deductions Total** | | **410.69** | **6,749.92** |

### Tax Data

| Type | Marital Status | Allowances | Addl. Amount |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| STATE / MD - Work/Resident | Single | | 0 | 0.00 |
|---|---|---|---|---|

| Leave Balances | | |
|---|---|---|
| Description | Hours Taken | Available Hours |
| Sick Exempt | 66.000 | 0.000 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Payment Reference | Account Type | Account Number | Amount |
| Direct Deposit | 150993655528 | CHECKING | XXXXXXXXX0014 | 1,876.87 |

# JPMORGAN CHASE & CO.

## Pay Statement

| Employer Name | Employer Address | State - Employer BIN |
|---|---|---|
| JPMorgan Chase Bank, National Association | 1111 Polaris Parkway<br>Columbus, OH<br>43240 | MD - 0810816 8 |
| **Employee Name** | **Payroll Company** | **FLSA Status** |
| William Brownlee Sr | 0802 | Salaried Exempt |
| **Employee Address** | **Department** | **Base Rate** |
| 7508 Blue sun Drive<br>Glen Burnie, MD<br>21060 | 549130 | 105,100.00 |
| **Person Number (SID)** | **Payroll** | **Shift Diff (% of Eligible Wages)** |
| ▓▓▓▓▓ | Semimonthly | N/A |

| Pay Date | Pay Period Begin Date | Pay Period End Date |
|---|---|---|
| 10/15/2025 | 10/01/2025 | 10/15/2025 |

### Summary

| Description | Current Amount | YTD Amount |
|---|---|---|
| Gross Pay | 3,105.23 | 97,910.03 |
| Total Taxes | 448.84 | 14,536.71 |
| Total Deductions | 175.93 | 6,339.23 |
| Net Pay | 2,480.46 | 77,034.09 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Multiplier | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Disability Pay Retro | 10/01/2025 | 10/15/2025 | | | | 4,379.17 | 23,050.35 |
| Disability Pay Retro | 09/16/2025 | 09/30/2025 | | | | 796.21 | |
| Leave of Absence Pay - 60% Retro | 10/01/2025 | 10/15/2025 | | | | -1,751.67 | -6,194.53 |
| Leave of Absence Pay - 60% Retro | 09/16/2025 | 09/30/2025 | | | | -318.48 | |
| Regular Salary | | | | | | | 81,483.10 |
| Recognition Award Annual | | | | | | | 22,600.00 |
| Disability Pay | | | | | | | 4,020.87 |
| SCK Sick Entitlement Retroactive | | | | | | | 2,675.49 |
| SCK Sick Entitlement Payment | | | | | | | 1,463.05 |
| Imputed Tuition Direct Pay GU Offset | | | | | | | 165.17 |
| Non Cash Earnings Update GU Offset | | | | | | | 1.61 |
| Unpaid LOA Holiday Adjustment | | | | | | | -398.11 |
| Leave of Absence Pay - 60% | | | | | | | -1,608.35 |
| Regular Salary Retroactive | | | | | | | -2,675.49 |
| Regular Salary Offset - Leave of Absence | | | | | | | -26,673.13 |
| **Earnings Total** | | | | | | **3,105.23** | **97,910.03** |

### Taxable Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Imputed Tuition Direct Pay Gross Up | | 786.76 |
| Imputed Basic Life | | 42.75 |
| Non Cash Earnings Update GU | | 8.00 |

### Taxes

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| SIT Withheld (MD) | 211.12 | 7,154.15 | 2,949.97 | 92,746.89 |
| FIT Withheld | | | 2,949.97 | 92,746.89 |
| Social Security Employee Withheld | 192.66 | 5,983.25 | 3,105.23 | 96,504.09 |
| Medicare Employee Withheld | 45.06 | 1,399.31 | 3,105.23 | 96,504.09 |
| **Taxes Total** | **448.84** | **14,536.71** | | |

### Deductions

| Description | Tax Type | Current Amount | YTD Amount |
|---|---|---|---|
| 401(k) Before Tax Contribution | Before | 155.26 | 3,757.20 |
| Medical | Before | | 1,627.86 |
| Healthcare Spending Act | Before | | 354.23 |
| Dental PPO | Before | | 193.50 |
| Vision Plan | Before | | 67.86 |
| 401(k) Loan Repayment | After | 20.67 | 218.70 |
| Group Legal | After | | 101.16 |
| DEPLIF Child Suppl Term Life | After | | 9.72 |
| Employee Suppl Term Life | After | | 9.00 |
| **Before Tax Subtotal** | | **155.26** | **6,000.65** |
| **After Tax Subtotal** | | **20.67** | **338.58** |
| **Deductions Total** | | **175.93** | **6,339.23** |

### Tax Data

| Type | Marital Status | Allowances | Addl. Amount |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0 | 0.00 |
| STATE / MD - Work/Resident | Single | 0 | 0.00 |

**Leave Balances**

| Description | Hours Taken | Available Hours |
|---|---|---|

**Net Pay Distribution**

| Payment Type | Payment Reference | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 150602116025 | CHECKING | XXXXXXXXX0014 | 2,480.46 |

# JPMorgan Chase & Co.

## Pay Statement

| Employer Name | Employer Address | State - Employer BIN |
|---|---|---|
| JPMorgan Chase Bank, National Association | 1111 Polaris Parkway<br>Columbus, OH<br>43240 | MD - 0810816 8 |

| Employee Name | Payroll Company | FLSA Status |
|---|---|---|
| William Brownlee Sr | 0802 | Salaried Exempt |

| Employee Address | Department | Base Rate |
|---|---|---|
| 7508 Blue sun Drive<br>Glen Burnie, MD<br>21060 | 549130 | 105,100.00 |

| Person Number (SID) | Payroll | Shift Diff (% of Eligible Wages) |
|---|---|---|
| ▉▉▉▉ | Semimonthly | N/A |

| Pay Date | Pay Period Begin Date | Pay Period End Date |
|---|---|---|
| 09/15/2025 | 09/01/2025 | 09/15/2025 |

### Summary

| Description | Current Amount | YTD Amount |
|---|---|---|
| Gross Pay | 2,627.50 | 92,655.03 |
| Total Taxes | 357.42 | 13,801.16 |
| Total Deductions | 290.05 | 5,897.14 |
| Net Pay | 1,980.03 | 72,956.73 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Multiplier | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Regular Salary | 09/01/2025 | 09/15/2025 | | | | 4,379.17 | 72,724.76 |
| Disability Pay Retro | 09/01/2025 | 09/15/2025 | | | | 4,379.17 | 17,874.97 |
| JPMC Unpaid LOA Holiday Adjustment | 09/01/2025 | 09/15/2025 | | | | -398.11 | -398.11 |
| Leave of Absence Pay - 60% Retro | 09/01/2025 | 09/15/2025 | | | | -1,751.67 | -4,124.38 |
| Regular Salary Offset - Leave of Absence | 09/01/2025 | 09/15/2025 | | | | -3,981.06 | -17,914.79 |
| Recognition Award Annual | | | | | | | 22,600.00 |
| SCK Sick Entitlement Retroactive | | | | | | | 2,675.49 |
| SCK Sick Entitlement Payment | | | | | | | 1,463.05 |
| Disability Pay | | | | | | | 437.92 |
| Imputed Tuition Direct Pay GU Offset | | | | | | | 165.17 |
| Non Cash Earnings Update GU Offset | | | | | | | 1.61 |
| Leave of Absence Pay - 60% | | | | | | | -175.17 |
| Regular Salary Retroactive | | | | | | | -2,675.49 |
| **Earnings Total** | | | | | | **2,627.50** | **92,655.03** |

### Taxable Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Imputed Basic Life | 2.25 | 38.25 |
| Imputed Tuition Direct Pay Gross Up | | 786.76 |
| Non Cash Earnings Update GU | | 8.00 |

### Taxes

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| SIT Withheld (MD) | 166.29 | 6,810.90 | 2,367.03 | 87,881.48 |
| FIT Withheld | | | 2,367.03 | 87,881.48 |
| Social Security Employee Withheld | 154.90 | 5,665.31 | 2,498.41 | 91,375.93 |
| Medicare Employee Withheld | 36.23 | 1,324.95 | 2,498.41 | 91,375.93 |
| **Taxes Total** | **357.42** | **13,801.16** | | |

### Deductions

| Description | Tax Type | Current Amount | YTD Amount |
|---|---|---|---|
| 401(k) Before Tax Contribution | Before | 131.38 | 3,494.45 |
| Medical | Before | 95.99 | 1,531.87 |
| Healthcare Spending Act | Before | 20.83 | 333.40 |
| Dental PPO | Before | 10.75 | 182.75 |
| Vision Plan | Before | 3.77 | 64.09 |
| 401(k) Loan Repayment | After | 20.67 | 177.36 |
| Group Legal | After | 5.62 | 95.54 |
| DEPLIF Child Suppl Term Life | After | 0.54 | 9.18 |
| Employee Suppl Term Life | After | 0.50 | 8.50 |
| **Before Tax Subtotal** | | **262.72** | **5,606.56** |
| **After Tax Subtotal** | | **27.33** | **290.58** |
| **Deductions Total** | | **290.05** | **5,897.14** |

### Tax Data

| Type | Marital Status | Allowances | Addl. Amount |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0 | 0.00 |

| STATE / MD - Work/Resident | Single | | 0 | 0.00 |
|---|---|---|---|---|

| Leave Balances | | |
|---|---|---|
| Description | Hours Taken | Available Hours |
| Sick Exempt | 66.000 | 0.000 |

| Net Pay Distribution | | | | |
|---|---|---|---|---|
| Payment Type | Payment Reference | Account Type | Account Number | Amount |
| Direct Deposit | 148656076906 | CHECKING | XXXXXXXXX0014 | 1,980.03 |

# JPMORGAN CHASE & CO.

## Pay Statement

| Employer Name | Employer Address | State - Employer BIN |
|---|---|---|
| JPMorgan Chase Bank, National Association | 1111 Polaris Parkway<br>Columbus, OH<br>43240 | MD - 0810816 8 |
| **Employee Name** | **Payroll Company** | **FLSA Status** |
| William Brownlee Sr | 0802 | Salaried Exempt |
| **Employee Address** | **Department** | **Base Rate** |
| 7508 Blue sun Drive<br>Glen Burnie, MD<br>21060 | 549130 | 105,100.00 |
| **Person Number (SID)** | **Payroll** | **Shift Diff (% of Eligible Wages)** |
| ▓▓▓▓▓▓▓ | Semimonthly | N/A |

| Pay Date | Pay Period Begin Date | Pay Period End Date |
|---|---|---|
| 09/04/2025 | 09/01/2025 | 09/15/2025 |

### Summary

| Description | Current Amount | YTD Amount |
|---|---|---|
| Gross Pay | 2,364.75 | 90,027.53 |
| Total Taxes | 337.92 | 13,443.74 |
| Total Deductions | 118.24 | 5,607.09 |
| Net Pay | 1,908.59 | 70,976.70 |

### Earnings

| Description | Earnings Begin Date | Earnings End Date | Hours | Rate | Multiplier | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|
| Disability Pay Retro | 08/16/2025 | 08/31/2025 | | | | 3,941.25 | 13,495.80 |
| Leave of Absence Pay - 60% Retro | 08/16/2025 | 08/31/2025 | | | | -1,576.50 | -2,372.71 |
| Regular Salary | | | | | | | 68,345.59 |
| Recognition Award Annual | | | | | | | 22,600.00 |
| SCK Sick Entitlement Retroactive | | | | | | | 2,675.49 |
| SCK Sick Entitlement Payment | | | | | | | 1,463.05 |
| Disability Pay | | | | | | | 437.92 |
| Imputed Tuition Direct Pay GU Offset | | | | | | | 165.17 |
| Non Cash Earnings Update GU Offset | | | | | | | 1.61 |
| Leave of Absence Pay - 60% | | | | | | | -175.17 |
| Regular Salary Retroactive | | | | | | | -2,675.49 |
| Regular Salary Offset - Leave of Absence | | | | | | | -13,933.73 |
| **Earnings Total** | | | | | | **2,364.75** | **90,027.53** |

### Taxable Benefits

| Description | Current Amount | YTD Amount |
|---|---|---|
| Imputed Tuition Direct Pay Gross Up | | 786.76 |
| Imputed Basic Life | | 36.00 |
| Non Cash Earnings Update GU | | 8.00 |

### Taxes

| Description | Current Amount | YTD Amount | Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| SIT Withheld (MD) | 157.02 | 6,644.61 | 2,246.51 | 85,514.45 |
| FIT Withheld | | | 2,246.51 | 85,514.45 |
| Social Security Employee Withheld | 146.62 | 5,510.41 | 2,364.75 | 88,877.52 |
| Medicare Employee Withheld | 34.28 | 1,288.72 | 2,364.75 | 88,877.52 |
| **Taxes Total** | **337.92** | **13,443.74** | | |

### Deductions

| Description | Tax Type | Current Amount | YTD Amount |
|---|---|---|---|
| 401(k) Before Tax Contribution | Before | 118.24 | 3,363.07 |
| Medical | Before | | 1,435.88 |
| Healthcare Spending Act | Before | | 312.57 |
| Dental PPO | Before | | 172.00 |
| Vision Plan | Before | | 60.32 |
| 401(k) Loan Repayment | After | | 156.69 |
| Group Legal | After | | 89.92 |
| DEPLIF Child Suppl Term Life | After | | 8.64 |
| Employee Suppl Term Life | After | | 8.00 |
| **Before Tax Subtotal** | | **118.24** | **5,343.84** |
| **After Tax Subtotal** | | **0.00** | **263.25** |
| **Deductions Total** | | **118.24** | **5,607.09** |

### Tax Data

| Type | Marital Status | Allowances | Addl. Amount |
|---|---|---|---|
| FEDERAL | Single or Married filing separately | 0 | 0.00 |
| STATE / MD - Work/Resident | Single | 0 | 0.00 |

| Leave Balances | | |
| --- | --- | --- |
| Description | Hours Taken | Available Hours |

| Net Pay Distribution | | | | |
| --- | --- | --- | --- | --- |
| Payment Type | Payment Reference | Account Type | Account Number | Amount |
| Direct Deposit | 148368372308 | CHECKING | XXXXXXXXX0014 | 1,908.59 |