United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William A. Brownlee, Sr  
    Debtor

Case No. 25-14690-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 19, 2025     Form ID: 309A     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073763 | | Apex Mortgage, Corp., c/o Stradley, Ronon, Stevens, & Young, 457 Haddonfield Rd Ste 100, Cherry Hill, NJ 08002-2223 |
| 15073764 | | Camoli Investments, LLC, c/o Keifer Law Firm, LLC, 311 Market St, Kingston, PA 18704-5428 |
| 15073769 | | Dfas De-fya, Dfas-de/fydb, Denver, CO 80279 |
| 15073770 | | Divine Beauty Supply Store, LLC, 5603 Walnut St, Philadelphia, PA 19139-3918 |
| 15073771 | | Divine Childcare Center, LLC, 5926 Springfield Ave, Philadelphia, PA 19143-5235 |
| 15073772 | | Divine Chosen Realty, LLC, 3924 Wallace St, Philadelphia, PA 19104-1814 |
| 15073773 | | Divine Enterprise, Inc., 5605 Walnut St, Philadelphia, PA 19139-3918 |
| 15073774 | | Divine Styles Salon, LLC, 16 N 58th St, Philadelphia, PA 19139-2408 |
| 15073775 | | Ellie Apartments, LLC, c/o Pierson Ferdinand, LLP, 1650 Market St Ste 3600, Philadelphia, PA 19103-7334 |
| 15073776 | | Emmanuel Christian Center Community Development, C, 5913 Chestnut St # 17, Philadelphia, PA 19139-3136 |
| 15073777 | + | Eray Guven, 3704 Kennett Pike Suite 200, Wilmington, DE 19807-2173 |
| 15073778 | | Fulton Bank, N.A., c/o Eisenberg, Gold, & Agrawal, P.C., 1040 Kings Hwy N Ste 200, Cherry Hill, NJ 08034-1925 |
| 15073780 | | Hampton Ridge Financial, 1650 W College Dr #104, Marshall, MN 56258-1689 |
| 15073782 | | J & W Investment, LLC, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073783 | | Jaclene D. Ashford, 1801 Butler Pike Apt 246, Conshohocken, PA 19428-3149 |
| 15073784 | | Jameal Tucker, 301 Browning Ln, Cherry Hill, NJ 08003-3182 |
| 15073785 | | Leante Brownlee, 3924 Wallace St, Philadelphia, PA 19104-1814 |
| 15073788 | | Nathaniel Jackson, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073793 | | Snap Debt Recovery, 6000 S Rio Grande Ave Ste 103, Orlando, FL 32809-4650 |
| 15073794 | + | T.D. Bank, N.A., Attn: Bankruptcy, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15073795 | | Talia Whiting, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073797 | | The New Emmanuel Christian Center, Inc., 5001 Baltimore Ave, Philadelphia, PA 19143-1626 |
| 15073798 | + | Torpago, Inc., Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 15073800 | | United Bank of Philadelphia, c/o McElroy, Deutsch, Mulvaney & Carpent, Attn: Matthew Lipman, 1617 John F Kennedy Blvd Ste 1500, Philadelphia, PA 19103-1815 |
| 15073801 | | Univest Bank & Trust Co., Attn: Bankruptcy, 14 N Main St, Souderton, PA 18964-1713 |
| 15073803 | | William A. Brownlee Ministries, Inc., 5913 Chestnut St, Philadelphia, PA 19139-3136 |
| 15073804 | | Wisconsin Bank & Trust, c/o Steptoe & Johnson, PLLC, 1 Ppg Pl Ste 3300, Pittsburgh, PA 15222-5400 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: help@cibiklaw.com | Nov 20 2025 00:33:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | + | EDI: BCCSHUBERT.COM | Nov 20 2025 05:33:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2025 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Nov 20 2025 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

Case 25-14690-pmm   Doc 10   Filed 11/21/25   Entered 11/22/25 00:38:28   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2025 | Form ID: 309A | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 20 2025 00:34:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15073762 | | Email/Text: bankruptcy@aacreditunion.org | Nov 20 2025 00:33:00 | American Airlines Federal Credit Union, MD 2100, PO BOX 619001, Dallas, TX 75261-9001 |
| 15073761 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 20 2025 00:41:28 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15073765 | | EDI: AIS.COM | Nov 20 2025 05:33:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15073766 | | EDI: JPMORGANCHASE | Nov 20 2025 05:33:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15073767 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 20 2025 00:34:00 | CitiBank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15073768 | + | EDI: CCS.COM | Nov 20 2025 05:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15073779 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 20 2025 00:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15073781 | | EDI: IRS.COM | Nov 20 2025 05:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15073786 | + | Email/Text: camanagement@mtb.com | Nov 20 2025 00:34:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15073787 | ^ | MEBN | Nov 20 2025 00:32:08 | Money Source, Inc., c/o Friedman Vartolo, LLP, 85 Broad St Rm 501, New York, NY 10004-1734 |
| 15073789 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 20 2025 00:33:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15073791 | | EDI: LCIPHHMRGT | Nov 20 2025 05:33:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Bch, FL 33416-4605 |
| 15073790 | | EDI: PENNDEPTREV | Nov 20 2025 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15073792 | | Email/Text: bankruptcy@philapark.org | Nov 20 2025 00:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15073796 | | EDI: TDBANKNORTH.COM | Nov 20 2025 05:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15073799 | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2025 00:33:00 | Truist Bank, Support Services, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond, VA 23286-0001 |
| 15073802 | | Email/Text: bkelectronicnotices@usaa.com | Nov 20 2025 00:33:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 19, 2025 | Form ID: 309A | Total Noticed: 50 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025        Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | William A. Brownlee Sr<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–0016<br>EIN:   __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:   ____<br>EIN:   __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter:   7   11/18/25 |
| Case number: | 25-14690-pmm | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | William A. Brownlee Sr | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 640 N 39th St<br>Philadelphia, PA 19104–1853 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: help@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 923–7184<br><br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408-2800<br><br>Date: 11/19/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 23, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (609) 264-3907, Enter Meeting ID 219 841 3740, and Passcode 3206599493**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/23/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                page **2**