# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| WILLIAM A. BROWNLEE, SR, ) | CASE NO.: 25-14690-PMM |
| ) | CHAPTER 7 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| AMERICAN AIRLINES FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| WILLIAM A. BROWNLEE, SR, DEBTOR, ) | |
| AND CHRISTINE C. SHUBERT, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER

AND NOW, this ____ day of _____, _____, upon consideration of American Airlines Federal Credit Union's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to American Airlines Federal Credit Union; and it is further;

ORDERED, that American Airlines Federal Credit Union, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property described as a **2020 Maserati Levante, V.I.N. ZN661XUA6LX352481**, for all purposes allowed by the Note, Mortgage, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property, notwithstanding a subsequent filing under any chapter of Title.

ORDERED that American Airlines Federal Credit Union's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted.

BY THE COURT

_____
U.S. Bankruptcy Court Judge