**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| **WILLIAM A. BROWNLEE, SR,** | ) | **CASE NO.: 25-14690-PMM** |
| | ) | **CHAPTER 7** |
| DEBTOR. | ) | **JUDGE PATRICIA M. MAYER** |
| | ) | |
| **AMERICAN AIRLINES FEDERAL** | ) | |
| **CREDIT UNION,** | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| **WILLIAM A. BROWNLEE, SR, DEBTOR,** | ) | |
| **AND CHRISTINE C. SHUBERT, TRUSTEE,** | ) | |
| | ) | |
| RESPONDENTS. | ) | |

### <u>NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE</u>

American Airlines Federal Credit Union has filed a Motion for Relief from Stay with the court for Relief from the Automatic Stay of Section 362.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion, then on or before **<u>December 18, 2025,</u>** you or your attorney must do all of the following:

(a)      file an answer explaining your position at:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      mail a copy to Movant's attorney:

Joshua I. Goldman, Esq.
Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, the United States Bankruptcy Judge, United States Bankruptcy Court, Courtroom 3, at 900 Market

Street, Philadelphia, PA 19107 on **January 7, 2026 at 9:30 AM.** as soon thereafter as counsel can be heard, to consider the motion.

4.      You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

5.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated**:** December 4, 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the

parties on the List by electronic notice and/or by First Class U.S. Mail on this 4<u>th</u>  day of <u>December</u>

2025:

### *VIA U.S. MAIL*

*DEBTOR*
WILLIAM A. BROWNLEE, SR
640 N 39TH ST
PHILADELPHIA, PA 19104-1853

### *VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
CHRISTINE C. SHUBERT
821 WESLEY AVENUE
OCEAN CITY, NJ 08226
CHRISTINE.SHUBERT@COMCAST.NET

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

<u>/s/ Joshua I. Goldman</u>
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
Counsel for Movant