Certificate Number: 16339-PAE-DE-040421913

Bankruptcy Case Number: 25-14690



16339-PAE-DE-040421913

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2025, at 9:37 o'clock PM EST, William Brownlee completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 16, 2025          By:    /s/Kris Krumal

                                   Name:  Kris Krumal

                                   Title: Certified Financial Counselor