# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| WILLIAM A. BROWNLEE, SR, ) | CASE NO.: 25-14690-PMM |
| ) | CHAPTER 7 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| AMERICAN AIRLINES FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| WILLIAM A. BROWNLEE, SR, DEBTOR, ) | |
| AND CHRISTINE C. SHUBERT, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## CERTIFICATE OF NO RESPONSE REGARDING AMERICAN AIRLINES FEDERAL CREDIT UNTION S MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCKET NO. 12)

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on the Motion for Relief from Automatic Stay that was filed on December 4, 2025 (Doc. No. 12). No objections were filed and served no later than December 18, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on December 19, 2025, by first class mail, and/or electronic means upon those listed below:

*VIA U.S. MAIL*

*DEBTOR*
WILLIAM A. BROWNLEE, SR
640 N 39TH ST
PHILADELPHIA, PA 19104-1853

*VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

*TRUSTEE*
CHRISTINE C. SHUBERT
821 WESLEY AVENUE
OCEAN CITY, NJ 08226
CHRISTINE.SHUBERT@COMCAST.NET

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

Respectfully submitted,

/s/ Joshua I. Goldman
JOSHUA I. GOLDMAN, ESQ.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*