United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14690-pmm |
| William A. Brownlee, Sr | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 08 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 08 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: bnc@atlasacq.com | Jan 08 2026 00:30:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + Email/Text: bankruptcy@fultonbank.com | Jan 08 2026 00:31:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 09, 2026 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2026 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf900 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor American Airlines Federal Credit Union Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor William A. Brownlee  Sr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| IN RE: ) | |
| WILLIAM A. BROWNLEE, SR, ) | CASE NO.: 25-14690-PMM |
| ) | CHAPTER 7 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| AMERICAN AIRLINES FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| WILLIAM A. BROWNLEE, SR, DEBTOR, ) | |
| AND CHRISTINE C. SHUBERT, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER

AND NOW, this 6th day of January, 2026, upon consideration of American Airlines Federal Credit Union's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to American Airlines Federal Credit Union; and it is further;

ORDERED, that American Airlines Federal Credit Union, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property described as a **2020 Maserati Levante, V.I.N. ZN661XUA6LX352481**, for all purposes allowed by the Note, Mortgage, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property, notwithstanding a subsequent filing under any chapter of Title.

ORDERED that American Airlines Federal Credit Union's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(4) is granted.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge