United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14690-pmm |
| William A. Brownlee, Sr | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 27, 2026 | Form ID: 318 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073763 | | Apex Mortgage, Corp., c/o Stradley, Ronon, Stevens, & Young, 457 Haddonfield Rd Ste 100, Cherry Hill, NJ 08002-2223 |
| 15073764 | | Camoli Investments, LLC, c/o Keifer Law Firm, LLC, 311 Market St, Kingston, PA 18704-5428 |
| 15073769 | | Dfas De-fya, Dfas-de/fydb, Denver, CO 80279 |
| 15073770 | | Divine Beauty Supply Store, LLC, 5603 Walnut St, Philadelphia, PA 19139-3918 |
| 15073771 | | Divine Childcare Center, LLC, 5926 Springfield Ave, Philadelphia, PA 19143-5235 |
| 15073772 | | Divine Chosen Realty, LLC, 3924 Wallace St, Philadelphia, PA 19104-1814 |
| 15073773 | | Divine Enterprise, Inc., 5605 Walnut St, Philadelphia, PA 19139-3918 |
| 15073774 | | Divine Styles Salon, LLC, 16 N 58th St, Philadelphia, PA 19139-2408 |
| 15073775 | | Ellie Apartments, LLC, c/o Pierson Ferdinand, LLP, 1650 Market St Ste 3600, Philadelphia, PA 19103-7334 |
| 15073776 | | Emmanuel Christian Center Community Development, C, 5913 Chestnut St # 17, Philadelphia, PA 19139-3136 |
| 15073777 | + | Eray Guven, 3704 Kennett Pike Suite 200, Wilmington, DE 19807-2173 |
| 15073780 | | Hampton Ridge Financial, 1650 W College Dr #104, Marshall, MN 56258-1689 |
| 15073782 | | J & W Investment, LLC, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073783 | | Jaclene D. Ashford, 1801 Butler Pike Apt 246, Conshohocken, PA 19428-3149 |
| 15073784 | | Jameal Tucker, 301 Browning Ln, Cherry Hill, NJ 08003-3182 |
| 15073785 | | Leante Brownlee, 3924 Wallace St, Philadelphia, PA 19104-1814 |
| 15073788 | | Nathaniel Jackson, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073793 | | Snap Debt Recovery, 6000 S Rio Grande Ave Ste 103, Orlando, FL 32809-4650 |
| 15073794 | + | T.D. Bank, N.A., Attn: Bankruptcy, P.O. Box 1931, Burlingame, CA 94011-1931 |
| 15073795 | | Talia Whiting, 640 N 39th St, Philadelphia, PA 19104-1853 |
| 15073797 | | The New Emmanuel Christian Center, Inc., 5001 Baltimore Ave, Philadelphia, PA 19143-1626 |
| 15073798 | + | Torpago, Inc., Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 15073800 | | United Bank of Philadelphia, c/o McElroy, Deutsch, Mulvaney & Carpent, Attn: Matthew Lipman, 1617 John F Kennedy Blvd Ste 1500, Philadelphia, PA 19103-1815 |
| 15073801 | | Univest Bank & Trust Co., Attn: Bankruptcy, 14 N Main St, Souderton, PA 18964-1713 |
| 15073803 | | William A. Brownlee Ministries, Inc., 5913 Chestnut St, Philadelphia, PA 19139-3136 |
| 15073804 | | Wisconsin Bank & Trust, c/o Steptoe & Johnson, PLLC, 1 Ppg Pl Ste 3300, Pittsburgh, PA 15222-5400 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 28 2026 00:40:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 15073762 | Email/Text: bankruptcy@aacreditunion.org | Feb 28 2026 00:40:00 | American Airlines Federal Credit Union, MD 2100, PO BOX 619001, Dallas, TX 75261-9001 |
| 15073761 | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 28 2026 00:49:23 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15073765 | EDI: AIS.COM | Feb 28 2026 05:32:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15073766 | EDI: JPMORGANCHASE | Feb 28 2026 05:32:00 | Chase Card Services, Po Box 15298, Wilmington, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: 318 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15073767 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | DE 19850-5298 |
| | | | Feb 28 2026 00:41:00 | CitiBank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15073768 | + | EDI: CCS.COM | Feb 28 2026 05:33:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15084660 | + | Email/Text: bankruptcy@fultonbank.com | Feb 28 2026 00:41:00 | Fulton Bank, N.A., 533 Fellowship Road, Suite 250, Mount Laurel, NJ 08054-3411 |
| 15073779 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 28 2026 00:40:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15073781 | | EDI: IRS.COM | Feb 28 2026 05:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15073786 | + | Email/Text: camanagement@mtb.com | Feb 28 2026 00:40:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 15073787 | ^ | MEBN | Feb 28 2026 00:29:08 | Money Source, Inc., c/o Friedman Vartolo, LLP, 85 Broad St Rm 501, New York, NY 10004-1734 |
| 15073789 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 28 2026 00:40:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15073791 | | EDI: LCIPHHMRGT | Feb 28 2026 05:32:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Bch, FL 33416-4605 |
| 15073790 | | EDI: PENNDEPTREV | Feb 28 2026 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15084421 | | EDI: PENNDEPTREV | Feb 28 2026 05:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15073792 | | Email/Text: bankruptcy@philapark.org | Feb 28 2026 00:41:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15073796 | | EDI: TDBANKNORTH.COM | Feb 28 2026 05:33:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 15073799 | + | Email/Text: bankruptcy@bbandt.com | Feb 28 2026 00:40:00 | Truist Bank, Support Services, Attn: Support Services, P.O. Box 85092, 306-40-06-10, Richmond, VA 23286-0001 |
| 15073802 | | Email/Text: bkelectronicnotices@usaa.com | Feb 28 2026 00:40:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 27, 2026 | Form ID: 318 | Total Noticed: 47 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Fulton Bank  N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor American Airlines Federal Credit Union Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor William A. Brownlee  Sr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William A. Brownlee Sr<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−0016<br>EIN    __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __−_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 25−14690−pmm | |

## Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William A. Brownlee Sr

2/26/26                                             **By the court:** Patricia M. Mayer
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**