United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
William A. Brownlee, Sr  
    Debtor

Case No. 25-14690-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | William A. Brownlee, Sr, 640 N 39th St, Philadelphia, PA 19104-1853 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor Fulton Bank N.A. aagrawal@egalawfirm.com, alapinski@egalawfirm.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor American Airlines Federal Credit Union Josh.Goldman@padgettlawgroup.com bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor William A. Brownlee Sr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

William A. Brownlee, Sr : Case No. 25−14690−pmm
    Debtor(s)

*ORDER*
_____

AND NOW, this day , March 4, 2026 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court

24
Form 195